UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Nicholas Kowalec,

Plaintiff,

v.

Hamilton Township Police Department,

John Doe Police Officers 1–10,

Township of Hamilton,

Defendants.

Civil Action No:

COMPLAINT

JURY TRIAL DEMANDED

INTRODUCTION

1. This is a civil rights action under 42 U.S.C. § 1983 and the New Jersey Civil Rights Act for excessive force and unreasonable seizure during a police raid on March 14, 2024.

JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question) and 42 U.S.C. § 1983.

3. Venue is proper in this District because the events occurred in Mercer County, New Jersey.PARTIES

4. Plaintiff Nicholas Kowalec resides in Hamilton Township, Mercer County, New Jersey.

5. Defendant Hamilton Township Police Department is a municipal police department in Mercer County, New Jersey.

6. Defendants John Doe Police Officers 1–10 are officers of the Hamilton Township Police Department who participated in the raid on March 14, 2024 (names to be determined through discovery).

7. Defendant Township of Hamilton is a municipal entity in Mercer County, New Jersey.

FACTS

8. On March 14, 2024, dozens of armed SWAT officers executed a warrant at my home in Hamilton Township for alleged contraband in a Dropbox account (evidence was already preserved/frozen).

9. Officers used dynamic entry, caused property damage, and pointed guns at me and my 62-year-old mother, who was sleeping.

10. My mother was forced outside and pinned against the wall at gunpoint.

11. The prosecutor later stated on the record: "cannot prove he is a threat to society."

12. No signed warrant was ever shown. No list of property taken was left at the residence, which the warrant clearly states must be done. Officers took items not listed on the warrant inventory, including 2 of my professional XP-Pen drawing tablets and ASUS laptop (used for my livelihood as an illustrator).

13. I suffer from diagnosed Major Depressive Disorder, Generalized Anxiety Disorder, and Panic Disorder (treated for 10+ years with 80 mg Prozac and 0.5 mg Xanax daily). The raid caused severe emotional trauma: severe PTSD, including panic attacks, hypervigilance, and anhedonia.

CLAIMS

Count 1: 42 U.S.C. § 1983 – Excessive Force / Unreasonable Seizure (against all defendants)

14. Defendants violated plaintiff's Fourth Amendment rights by using excessive force and executing an unreasonable seizure during the March 14, 2024 raid.

Count 2: New Jersey Civil Rights Act (NJCRA) – Violation of State Constitutional Rights (against all defendants)

15. Defendants violated plaintiff's rights under the New Jersey Constitution (Article I, Paragraph 7) by the same conduct.

PRAYER FOR RELIEF

WHEREFORE, plaintiff demands judgment against defendants for:

a. Compensatory damages;

b. Punitive damages;

c. Attorney fees and costs (if counsel is retained);

d. Such other relief as the Court deems just.JURY DEMAND

Plaintiff demands a trial by jury on all issues triable by jury.

Respectfully submitted,

/s/

Nicholas Kowalec

Nicholas Kowalec

9 McCoy Avenue

Hamilton, NJ 08619

Phone: (609) 586-0507

Email: nkowalec@optonline.net

Date: March 12, 2026